No. M–30. BAKER v. CITY OF PHOENIX. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for award of compensation and fees granted, and the Special Master is awarded a total of $1,218 for the period July 1 through September 30, 1996, to be paid equally by the parties. [For earlier order herein, see, e. g., ante, p. 803.]

No. 95–897. AUER ET AL. v. ROBBINS ET AL. C. A. 8th Cir. [Certiorari granted, 518 U. S. 1016.] Motion of League of California Cities et al. for leave to file a brief as amici curiae granted. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 95–1441. BLESSING, DIRECTOR, ARIZONA DEPARTMENT OF ECONOMIC SECURITY v. FREESTONE ET AL., ON BEHALF OF THEIR MINOR CHILDREN. C. A. 9th Cir. [Certiorari granted, 517 U. S. 1186.] Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 95–1478. PRINTZ, SHERIFF/CORONER, RAVALLI COUNTY, MONTANA v. UNITED STATES; and

No. 95–1503. MACK, SHERIFF, GRAHAM COUNTY v. UNITED STATES. C. A. 9th Cir. [Certiorari granted, 518 U. S. 1003.] Motion of petitioner Richard Mack for divided argument denied.

No. 96–97. CENTRAL REGIONAL SCHOOL DISTRICT v. M. C. ET AL., ON BEHALF OF THEIR SON, J. C., ante, p. 866. Motion of respondents for award of attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Third Circuit.

No. 96–124. AMERICAN BROADCASTING COS., INC., ET AL. v. BANKATLANTIC FINANCIAL CORP. ET AL., ante, p. 867. Motion of respondents for award of attorney's fees denied.